IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NOLAN RAMON NELSON,

    Petitioner,

v.

CAROL HOLINKA, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-542-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Nolan Ramon Nelson for a writ of habeas corpus is dismissed.

_____      2/15/11
Peter Oppeneer, Clerk of Court          Date